# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTHER GOMEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 14-cv-03161-JPH<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' stipulated motion for remand. ECF No. 16. Cory J. Brandt represents plaintiff; Special Assistant United States Attorney Leisa A. Wolf represents defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7. After reviewing the motion and the file, the court **grants** the stipulated motion to **reverse** and **remand** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) with respect to plaintiff's applications for Social Security Income and Child's insurance benefits.

IT IS FURTHER ORDERED that

Upon remand, the ALJ will:

1. conduct a de novo hearing;
2. give Plaintiff an opportunity to present additional evidence;
3. further consider Plaintiff's medically determinable impairments at steps two and three, in particular, further consider obesity and Listing 12.05C;
4. develop the record as necessary;
5. reassess plaintiff's maximum residual functional capacity;
6. address the new evidence and

7.  issue a new decision.

**IT IS ORDERED:**

1.	The stipulated Motion for to Remand, **ECF No. 16,** pursuant sentence four is **GRANTED**. The matter is reversed and remanded to the Commissioner for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

2.	An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to file this Order and provide a copy to counsel for plaintiff and defendant. Judgment shall be entered for plaintiff and the file shall be **CLOSED**.

DATED March 31, 2015.

*S/ James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE